UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA A. BADER,

      Plaintiff,

    v.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

_____/

CIVIL ACTION NO. 06-12694

HON. PAUL D. BORMAN

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION TO DISMISS

The court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C.

636(b)(1)(B), and LR 72.1(b)(E.D.Mich.Sept 8, 1998), has reviewed the Magistrate Judge's

report and recommendation as well as any objections filed by the parties, and

after conducting a *de novo* review, the court accepts the magistrate judge's report and

recommendation as the court's findings and conclusions.

Accordingly, it is hereby **ORDERED** that the report and recommendation is

**ADOPTED.**

      **IT IS FURTHER ORDERED** that defendant's motion to dismiss is **GRANTED**

and the case  **DISMISSED.**


              s/Paul D. Borman_____
              PAUL D. BORMAN
              UNITED STATES DISTRICT JUDGE

Dated:  December 22, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 22, 2006.


s/Denise Goodine
Case Manager